**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

ELIZA A. KAISER
ASSOCIATE
PHONE 212-715-9156
FAX 212-715-8000
EKAISER@KRAMERLEVIN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: AUG 13 2013

August 12, 2013

**BY HAND**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street.
New York, NY 10007-1312

*[signature: George B. Daniels]*

AUG 13 2013

Re:  ***Heather Zhao v. Deutsche Bank AG***
     **13 CV 2116 (GBD) (DF)**

Dear Judge Daniels:

We represent defendant Deutsche Bank AG in the above-referenced matter. We write jointly on behalf of the parties to respectfully request that the Court extend the deadline of today, August 12, 2013, for the parties to submit a proposed e-discovery protocol to be so ordered by the Court. The parties respectfully request that this deadline be extended until August 30, 2013. This is the parties' first request for an extension with respect to this deadline. We request this extension in order to allow the parties additional time to attempt to negotiate with respect to the e-discovery protocol. This extension would not affect any other dates as set forth in the Case Management Plan and Scheduling Order.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Eliza A. Kaiser

cc:  Douglas H. Wigdor, Esq. *(By e-mail)* (dwigdor@thompsonwigdor.com)
     David E. Gottlieb, Esq. *(By e-mail)* (dgottlieb@thompsonwigdor.com)
     *Attorneys for Plaintiff*

     Kevin B. Leblang, Esq.